FILED

01/09/2025

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0547

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0547

_____

IN RE PARENTING OF:

D.C.S.,

    A minor.

REBECCAH JEAN TAYLOR,
n/k/a REBECCAH GROVE,

       Petitioner and Appellant,

  and

JOSHUA RICHARD TAYLOR,

       Respondent and Appellee,

DAVID SCOTT and JANICE SCOTT,

       Third-Party Intervenors and Appellees.

_____

O R D E R

    Pursuant to Appellant's unopposed motion for leave to file an overlength brief, and good cause appearing,

    IT IS HEREBY ORDERED that the motion is GRANTED. Appellant may file a brief not to exceed 10,390 words.

Electronically signed by:
Cory Swanson
Chief Justice, Montana Supreme Court
January 9 2025